UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RONALD WOLFE,

       Plaintiff,

   v.                                        Case No. 14-11397

COMMISSIONER OF SOCIAL          HON. TERRENCE G. BERG
SECURITY,                       HON. ELIZABETH A. STAFFORD

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 16)

This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's

July 31, 2015 Report and Recommendation (Dkt. 16), recommending that Plaintiff's

motion for summary judgment be GRANTED IN PART, that Defendant's motion for

summary judgment be DENIED, and that this case be remanded to the

Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings.

The Court has reviewed the Magistrate Judge's Report and Recommendation.

The law provides that either party may serve and file written objections "[w]ithin

fourteen days after being served with a copy" of the report and recommendations.

28 U.S.C. § 636(b)(1).  The district court will make a "*de novo* determination of those

portions of the report . . . to which objection is made." *Id.*  Where, as here, neither

party objects to the report, the district court is not obligated to independently

review the record.  *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).  The Court will,

therefore, accept the Magistrate's Report and Recommendation of July 31, 2015, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's Report and Recommendation of July 31, 2015 (Dkt. 16) is **ACCEPTED** and **ADOPTED**.  It is **FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. 11) is **GRANTED IN PART**, Defendant's motion for summary judgment (Dkt. 14) is **DENIED**, and that this case is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings.

**SO ORDERED.**


Dated:  August 21, 2015                          s/Terrence G. Berg
                                                 TERRENCE G. BERG
                                                 UNITED STATES DISTRICT JUDGE


**Certificate of Service**

I hereby certify that this Order was electronically submitted on August 21, 2015, using the CM/ECF system, which will send notification to all parties.

                                                 s/A. Chubb
                                                 Case Manager

2