UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD WOLFE,

      Plaintiff,

v.                                   Case No. 14-11397

COMMISSIONER OF SOCIAL      HON. TERRENCE G. BERG
SECURITY,                            HON. ELIZABETH A. STAFFORD

      Defendant.

_____/

## **JUDGMENT**

In accordance with the opinion and order issued on this date;

It is ORDERED AND ADJUDGED that this matter be REMANDED for further proceedings.

Dated at Flint, Michigan: August 21, 2015

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  s/Amanda Chubb
                                                  Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE